IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FARMERS GROUP, INC. and FARMERS INSURANCE EXCHANGE CHOICE PLUS, CHOICE PLUS HSA, CHOICE MAX HSA AND CHOICE PREMIER MEDICAL PLANS, <br><br>Plaintiffs, <br><br>v. <br><br>MIRIAM KEATON and SCHUELKE LAW FIRM, PLLC, <br><br>Defendants. | § § § § § § § § § § § § § § § § | 1:22-cv-233-RP |

## ORDER

On May 19, 2022, Plaintiffs dismissed with prejudice all claims against Defendants. (Dkt. 2). Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served an answer or motion for summary judgment. Plaintiffs' notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to be resolved, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on May 20, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE